UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

| | |
|---|---|
| Nick Mainville,<br><br>*On behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>College Town Pizza, Inc., et al.<br><br>Defendants. | Case No. 0:21-cv-02699-WMW-TNL |

## NOTICE OF WITHDRAWAL OF CONSENT TO JOIN

The following indiviual hereby withdraws his consent to join form from the instant action:

1. David Pierce

Date: June 1, 2022

Respectfully submitted,

/s/ *Emily Hubbard*
Andrew R. Biller (*Pro Hac Vice*)
Andrew P. Kimble (*Pro Hac Vice*)
Emily A. Hubbard (*Pro Hac Vice*)
Laura E. Farmwald *(Pro Hac Vice Pending)*
BILLER & KIMBLE, LLC
8044 Montgomery Rd., Ste. 515
Cincinnati, OH 45236
Telephone: (513) 715-8711
Facsimile: (614) 340-4620
*akimble@billerkimble.com*
*abiller@billerkimble.com*

1

*ehubbard@billerkimble.com*

[www.billerkimble.com](www.billerkimble.com)

and

Peter G. Christian (MN Bar No. 392131)
Timothy S. Christensen (MN Bar No. 0396954)
SCHAEFER HALLEEN, LLC
412 South 4th Street, Suite 1050
Minneapolis, MN 55415
*pchristian@schaeferhalleen.com*
*tchristensen@schaeferhalleen.com*
Tel: (612) 294-2600
Fax: (612) 294- 2640

*Counsel for Plaintiff*

**Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was served upon counsel for Defendants on June 1, 2022 through the Court's ECF system.

*/s/ Emily Hubbard*
Emily A. Hubbard