# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Nick Mainville,<br><br>                    Plaintiff,<br><br>v.<br><br>College Town Pizza, Inc., Route 41 Pizza, LLC, 5 Star Pizza, LLC, Two Ten Twenty Pizza, Inc., Dough Management Inc., Susan Graves, Dennis Denman, Doe Corporation, John Doe, Dave Randall,<br><br>                    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 21-cv-2699 WMW/TNL |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    1.    Defendants College Town Pizza, Inc.; Route 41 Pizza, LLC; 5 Star Pizza, LLC; Two Ten Twenty Pizza, Inc.; Dough Management Inc.; Susan Graves; Dennis Denman; and Dave Randall's motion to compel arbitration, (Dkt. 26), is **GRANTED** except as to Defendants' request an award of attorneys' fees and costs, which is **DENIED** without prejudice.

    2.    Defendants College Town Pizza, Inc.; Route 41 Pizza, LLC; 5 Star Pizza, LLC; Two Ten Twenty Pizza, Inc.; Dough Management Inc.; Susan Graves; Dennis Denman; and Dave Randall's motion to transfer or change venue, (Dkt. 36), is **DENIED AS MOOT**.

3. Defendants College Town Pizza, Inc.; 5 Star Pizza, LLC; Two Ten Twenty Pizza, Inc.; Dough Management, Inc.; and Dennis Denman's motion to dismiss, (Dkt. 31), is **DENIED AS MOOT**.

4. This case is **DISMISSED WITHOUT PREJUDICE**.

Date: 9/20/2022                                                             KATE M. FOGARTY, CLERK